# United States District Court

___Western___ DISTRICT OF ___North Carolina___

UNITED STATES OF AMERICA

v.

**SHANZENG CHEN**

## WARRANT FOR ARREST

CASE NUMBER: *3:02CR233-Mu-22*

To:     The United States Marshal
        and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest:     **SHANZENG CHEN**
                                                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ **X** ] Indictment     [   ] Information     [   ] Complaint     [   ] Order of court

[   ] Violation Notice     [   ] Probation Violation Petition

charging him or her with (brief description of offense)

**FRAUDULENT IMMIGRATION DOCUMENTS**

in violation of Title __18__     United States Code, Section(s)   __1028, 1546, 201__

| | |
|---|---|
| ___FRANK JOHNS___ | ___Clerk of Court___ |
| Name of Issuing Officer | Title of Issuing Officer |
| *Betsy Wallace* | _11/05/2002_  **Charlotte, NC** |
| Signature of Issuing officer | Date and Location |

Bail fixed at $ _____     by _____
                                                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at __Per CO dtd 09/11/2003__ |
| Rule 21 was Imposed to Change Venue to E/NY. |

| DATE RECEIVED 11/07/2002 | NAME AND TITLE OF ~~ARRESTING~~ OFFICER | SIGNATURE ~~OF ARRESTING~~ OFFICER |
|---|---|---|
| DATE OF ~~ARREST~~ ~~XXXXXX~~ RU | RU | *Stanton* |

Case 3:02-cr-00233-FDW   Document 382   Filed 11/23/05   Page 1 of 2

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME:    **SHANZENG CHEN** _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: __MALE_____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: ___RYAN ARTON, INS_____

_____